# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

United States Courts
Southern District of Texas
**FILED**

JUL 1 3 2026

Nathan Ochsner, Clerk of Court

CHARLENE YOAKUM,
Plaintiff,§ v.§ TPUSA, INC. d/b/a TELEPERFORMANCE,
Defendant.§ **CIVIL ACTION NO. 4:26-cv-04041**

## PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

Plaintiff Charlene Yoakum, appearing pro se, respectfully moves for leave to file her First Amended Complaint pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure.

### I. BACKGROUND

On June 23, 2026, Defendant filed a Motion to Dismiss pursuant to Rules 12(b)(5) and 12(b)(6). Defendant contends that Plaintiff's Original Complaint contains insufficient factual allegations supporting her Title VII claims and challenges the sufficiency of service.

### II. GROUNDS FOR LEAVE

Plaintiff has prepared a proposed First Amended Complaint that substantially expands the factual allegations and directly addresses the pleading issues identified by Defendant. The proposed amendment includes additional allegations concerning Plaintiff's protected status, the alleged discriminatory statement made by her supervisor, Plaintiff's internal complaints of race and sex discrimination, retaliation following those complaints, and additional factual allegations supporting each Title VII cause of action.

### III. ARGUMENT

Federal Rule of Civil Procedure 15(a)(2) provides that courts should freely give leave to amend when justice so requires. This action remains in its early stages. No discovery has occurred, no scheduling order has been entered, and Defendant will suffer no undue prejudice if leave is granted. Allowing amendment will promote resolution of this matter on its merits rather than upon alleged pleading deficiencies.

### IV. PRAYER

WHEREFORE, Plaintiff respectfully requests that the Court grant this Motion for Leave to File First Amended Complaint, deem the attached First Amended Complaint filed, deny as moot or otherwise deny Defendant's Rule 12(b)(6) Motion directed to the superseded complaint, and grant such other and further relief to which Plaintiff may be justly entitled.

Respectfully submitted,

**Charlene Yoakum**
Plaintiff, Pro Se