**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **CHARLENE YOAKUM,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **vs.** | § | |
| | § | **CASE NO. 4:26-cv-04041** |
| **TPUSA, INC. d/b/a** | § | |
| **TELEPERFORMANCE,** | § | |
| | § | |
| *Defendant.* | § | |

### DEFENDANT TPUSA, INC.'S NOTICE OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME

COMES NOW, TPUSA, Inc. d/b/a Teleperformance ("TPUSA"), by and through undersigned counsel, and files this Notice of Non-Opposition to Plaintiff Charlene Yoakum's *Opposed* Motion for Extension of Time to File First Amended Complaint and Supplemental Response (Dkt. #16) (the "Motion"). Plaintiff did not confer prior to filing her Motion. However, TPUSA does not oppose the requested fourteen (14) day extension of time sought by Plaintiff.

Dated:  July 21, 2026

Respectfully submitted,

/s/ *Eric A. Gordon*
Eric A. Gordon, Esq.
Admitted *Pro Hac Vice*
Florida Bar Number: 071341
**AKERMAN LLP**
777 S. Flagler Drive, Suite 1100 W
West Palm Beach, FL 33401
Telephone: (561) 653-5000
Facsimile: (561) 659-6313
E-Mail: eric.gordon@akerman.com

*Attorney-in-Charge*

and

Lanie N. Read
State Bar No. 24107299
Fed. No. 3767768
**AKERMAN LLP**
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: 214.720.4300
Facsimile: 214.812.2536
E-Mail: lanie.read@akerman.com

**ATTORNEYS FOR DEFENDANT
TPUSA, INC.**


<u>**CERTIFICATE OF SERVICE**</u>

The undersigned certifies that on July 21, 2026, a true and correct copy of the foregoing document was filed with the Clerk of the Court and served on all parties via the Court's ECF E-Filing System, and via U.S. Mail and Certified Mail, Return Receipt Requested:

Charlene Yoakum
13328 Westheimer Rd
#5207
Houston, TX 77077
Telephone: (510) 365-4831

*/s/ Lanie N. Read*
Lanie N. Read