United States District Court
Southern District of Texas
**ENTERED**
November 05, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Charlene Yoakum, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil No. 4:26-cv-4041 |
| | § | |
| TPUSA, Inc., | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

The Court, having rendered its decision by separate order, *see* Doc. 28, hereby enters judgment that all claims in this matter are DISMISSED WITHOUT PREJUDICE. The Clerk of Court is directed to close the case.

**SO ORDERED.**

**SIGNED** at Houston, Texas, on the 5th of November, 2026.

Nicholas J. Ganjei
United States District Judge